United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

PERSONALWEB TECHNOLOGIES, LLC,        )        Case No. 5:14-mc-80107-EJD-PSG
                                      )
                    Plaintiff,        )        **ORDER DENYING SEALING**
        v.                            )
                                      )        **(Re: Docket No. 11)**
MICROSOFT CORPORATION,                )
                                      )
                    Defendant.        )
                                      )

16

17

18

19

20

21

        Before the court is an administrative motion to file portions of PersonalWeb's recent filing

under seal.[1]  In support, PersonalWeb points to the parties' designation of certain information as

"Confidential" and "Confidential Outside Counsel Only" pursuant to the protective order in place

in the Eastern District of Texas case.[2]  Because general averments that certain information falls

within the ambit of a protective order are insufficient,[3] PersonalWeb's motion is DENIED.

22

23

24

25

[1] *See* Docket No. 11.

[2] *See* Docket No. 11-1 at ¶¶ 2-5.  Microsoft has not filed any timely, supporting declaration supporting PersonalWeb's motion.  *See* Civil L.R. 79-5(e)(1) ("Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable.").

26

27

[3] *See* Civil L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable."); *see also Bain v. AstraZeneca LP*, Case No. 4:09-cv-04147-CW, 2011 WL 482767, at *1 (N.D. Cal. Feb. 7, 2011).

28

        Because the public interest favors filing all court documents in the public record, any

1

Case No. 5:14-mc-80107-EJD-PSG
ORDER DENYING SEALING

**United States District Court**
**For the Northern District of California**

**IT IS SO ORDERED.**

Dated: April 30, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    party seeking to file a document under seal must demonstrate good cause to do so. _Pintos v. Pac. Creditors Ass'n_, 565 F.3d 1106, 1115 (9th Cir. 2009).  This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal.

25

26

27    _see also Kamakana v. City & Cnty. of Honolulu_, 447 F.3d 1172, 1179-80 (9th Cir. 2006) (requiring a "particularized showing" to "to warrant preserving the secrecy of sealed discovery").

28

2

Case No. 5:14-mc-80107-EJD-PSG
ORDER DENYING SEALING